Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ASSANE SALL, individually, in a collective
and class action on behalf of himself and all
others similarly situated,

                       Plaintiff,

  -against-

BRANDSWAY INTERNATIONAL, INC.,
ZIA KHWAJA and "JOHN DOE"

                       Defendants.
----------------------------------------------------------x

**STIPULATION**

Civil Action No.:
09 CIV 10448 (BSJ)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and Defendants, BRANDSWAY INTERNATIONAL, INC. and ZIA KHWAJA, that whereas said Defendants do not take exception to the service of process, that the last day for said Defendants to answer, move or otherwise respond to the Complaint in this action is hereby extended up to and including April 30, 2010. *Affirmative defenses of service of process are waived*

Dated: March 30, 2010

MARK L. LUBELSKY & ASSOCIATES
Attorneys for Plaintiff,

By: _____
Mark L. Lubelsky
123 West 18th Street, 8th Floor
New York, New York 10011
(212) 242-7480

MOHEN & TREACY LLP
Attorneys for Defendants
Brandsway International, Inc.,
And Zia Khwaja

By: _____
Stephen T. Treacy (ST 2091)
186 Birch Hill Road
Locust Valley, New York 11560
(516) 759-1212

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/10

Barbara S. J.
4-8-10